IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CANDY L. TARRANT, JACK E. )<br>TARRANT (Deceased), KYLE )<br>WESLEY TARRANT, PERSONAL )<br>FINANCE COMPANY, UNKNOWN )<br>HEIRS AND LEGATEES OF JACK )<br>E. TARRANT, UNKNOWN OWNERS, )<br>and NON-RECORD CLAIMANTS, )<br>)<br>Defendants. ) | Civil No. 08-cv-627-JPG-CJP |

## **JUDGMENT**

This matter having come before the Court, and the Court having dismissed this action as moot,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed as moot.

                                                  **KEENAN G. CASADY, CLERK**

**DATED: March 4, 2009**                                   s/Brenda K. Lowe, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**