IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 08-cv-627-JPG-CJP |
| | ) | |
| CANDY L. TARRANT, JACK E. TARRANT (Deceased), KYLE WESLEY TARRANT, PERSONAL FINANCE COMPANY, UNKNOWN HEIRS AND LEGATEES OF JACK E. TARRANT, UNKNOWN OWNERS, and NON-RECORD CLAIMANTS, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **JUDGMENT**

This matter having come before the Court, and the Court having dismissed this action as moot,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed as moot.

**KEENAN G. CASADY, CLERK**

**DATED: March 4, 2009**          s/Brenda K. Lowe, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**